IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-20333
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

TERRY MIDDLETON,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-180
- - - - - - - - - -
October 23, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Terry Middleton has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, Middleton's response, and
the record discloses no nonfrivolous issue.  Accordingly, counsel
is excused from further responsibilities herein and the APPEAL IS
DISMISSED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.